61142
XXXX0471

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| IN THE MATTER OF:<br><br>**María E. Matías Matías,**<br><br>**Debtor(s).**<br><br>Citifinancial Inc.,<br>Movant,<br><br>María E. Matías Matías,<br>Debtor-Respondent,<br><br>Alejandro Oliveras Rivera,<br>Trustee | CASE NO: 07-07187 SEK<br><br>CHAPTER: 13 |

**MOTION TO WITHDRAW THE MOTION FOR RELIEF OF STAY UNDER 11 U.S.C 362**

**TO THE HONORABLE COURT**:

**COMES NOW, Citifinancial Inc.**, hereinafter referred to as "CFI", through the undersigned attorney and very respectfully states, alleges and prays:

1) CFI filed motion for relief of stay pursuant to 11 U.S.C 362 on the grounds that the debtor failed to comply with the terms of the plan.

2) The debtor cured the arrears rendering CFI's request moot, therefore CFI respectfully withdraws its motion for relief of stay.

**WHEREFORE** CFI respectfully requests from this Honorable Court to grant this motion

**RESPECTFULLY SUBMITTED**

**I HEREBY CERTIFY** that this 5th day of November 2010, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following: ***the Trustee*** Alejandro Oliveras Rivera and to the debtor's attorney, **Otto E. Landrón Pérez**.

**MARTINEZ & TORRES LAW OFFICES**
**P.O. Box 192938**
**San Juan, PR 00919-2938**
**Tel. (787) 767-8244: Fax (787) 767-1183**
**/s/ Vanessa M. Torres Quiñones**

**Vanessa M. Torres Quiñones**
**USDC -PR 217401**
**vtorres@martineztorreslaw.com**